HAYNES AND BOONE, LLP
William C. O'Neill / Bar No. 251071
   william.oneill@haynesboone.com
600 Anton Boulevard, Suite 700
Costa Mesa, California 92626
Telephone: (949) 202-3000
Facsimile: (949) 202-3154

Attorneys for Defendants
YUEN YUNG and HDYR, LLC

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| DAVID ESTEP and DEANNA ESTEP,<br><br>    Plaintiffs,<br><br>vs.<br><br>YUEN YUNG, an individual; HDYR, LLC, doing business as HDYR; MEKADDISHKEM-EBE, a California corporation; and DOES 1 through 20, inclusive,<br><br>    Defendants. | **CASE NO. 2:14-cv-02418-MCE-AC**<br><br>**Judge Morrison C. England, Jr.**<br>**Courtroom 7**<br><br>**STIPULATION TO EXTEND TIME TO FILE JOINT STATUS REPORT; ORDER THEREON**<br><br>*Complaint Filed: June 20, 2014* |

## STIPULATION

WHEREAS, on or about June 20, 2014, Plaintiffs commenced an action in the Superior Court of the State of California, County of Solano, entitled *David Estep, et al. v. Yuen Yung, et al.*, bearing Case No. FCS 043717 (the "Complaint");

WHEREAS, Defendants Yuen Yung and HDYR, LLC removed the Complaint from the Superior Court to this Court on October 15, 2014;

1

WHEREAS, this Court issued an Order Requiring Joint Status Report (Doc. 2) requiring: "Within sixty (60) days of service of the complaint on any party, or from the date of removal, the parties shall confer as required by Fed. R. Civ. P. 26(f) and shall prepare and submit to the Court a <u>joint status report</u> that includes the Rule 26(f) discovery plan.";

WHEREAS, 60 days after October 15, 2014 is December 14, 2014;

WHEREAS, Defendants Yung and HDYR, LLC filed a Motion to Transfer, or, Alternatively, Dismiss, Plaintiffs' Complaint ("Motion to Transfer") on October 21, 2014 (Doc. 4);

WHEREAS, the hearing for the Motion to Transfer was set for December 4, 2014;

WHEREAS, the Court has moved the hearing for the Motion to Transfer from December 4, 2014 to December 18, 2014 (Doc. 9);

WHEREAS, it is the mutual intention of the parties to engage in a Rule 26(f) conference, but request that the conference be held after the Court rules on the Motion to Transfer because (1) waiting will ensure compliance with any Local Rules in the event that the case is transferred and (2) the Rule 26(f) conference would be addressed differently if Yung is dismissed;

**IT IS HEREBY STIPULATED BETWEEN THE PARTIES**, by and through counsel, to request that this Court extend the deadline to submit a joint status report from 60 days to 90 days, thereby requiring a joint status report on or before January 13, 2015.

*[SIGNATURES FOLLOW.]*

**STIPULATION TO EXTEND TIME TO FILE JOINT STATUS REPORT; PROPOSED ORDER THEREON**

DATED:  December 1, 2014          LAW OFFICES OF VINCENT MARTIN
                                  SPOHN, A.P.C.


                                  By:   /s/  Vincent M. Spohn
                                       Vincent M. Spohn
                                       Attorneys for Plaintiffs
                                       DAVID ESTEP and DEANNA ESTEP


DATED:  December 1, 2014          HAYNES AND BOONE, LLP


                                  By:   /s/  William C. O'Neill
                                       William C. O'Neill
                                       Attorneys for Defendants
                                       YUEN YUNG and HDYR, LLC

**IT IS SO ORDERED**.

Dated:  December 2, 2014

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT

STIPULATION TO EXTEND TIME TO FILE JOINT STATUS REPORT; PROPOSED ORDER THEREON